NO









NO. 12-09-00311-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

 

AL HAYES,                                                         '     APPEAL
FROM THE 402ND

APPELLANT

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

JOSEPH MOTT, LEONARD GROSS,

JOHN NICHOLS, RICHARD
EBERT,          '      WOOD
COUNTY, TEXAS

MARK MOORE, CHARLES GASKILL

AND CHARLES HALL,

APPELLEES





MEMORANDUM
OPINION

PER
CURIAM

            Appellant,
Al Hays, has filed a motion to dismiss this appeal.  In his motion, Hays states
that he no longer wishes to pursue the appeal.  The motion includes a “Certificate
of Agreement” signed by counsel for Appellees, Joseph Mott, Leonard Gross, John
Nichols, Richard Ebert, Mark Moore, Charles Gaskill, and Charles Hall.  Because
Hays has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1),
the motion is granted, and the appeal is dismissed.  As requested by Hays in
his motion, the costs of this appeal are assessed against the party incurring
them.

Opinion delivered November 12, 2009.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

                                                                    (PUBLISH)